IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-00310-MEH

LUFLOSSIA FLOURNOY,

    Plaintiff,

v.

DYNAMIC RECOVERY SOLUTIONS, LLC,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE
---

Pursuant to the Notice of Voluntary Dismissal filed by the Plaintiff [docket #7], this matter is dismissed with prejudice and all remaining deadlines and conference dates are hereby vacated. Each party will pay her or its own attorney's fees and costs.

Dated at Denver, Colorado this 18th day of February, 2014.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge